Chittenholm *v.* Giffin, Appellant, et ux.

Argued March 23, 1949. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON and STEARNE, JJ.

456

*Joseph R. Doherty,* with him *McCloskey, Best & Leslie,* for appellant.

*John E. Evans, Sr.,* with him *Evans, Ivory & Evans,* for appellee.

PER CURIAM, April 11, 1949:

The judgment of the court below is affirmed on the opinion of Judge KENNEDY.